**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Derek J. Haynes, SBN 264621
Barakah M. Amaral, SBN 298726
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
DAVID HARESH, HENRY ABE, and EDGAR GUZMAN

Che L. Hashim, Esq. (SBN 238565)
861 Bryant Street
San Francisco, CA 94103
Tel: 415-487-1700
Fax: 415-431-1312

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TIERNY, JONATHAN BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID HARESH, Yuba County Deputy Sheriff, in his individual capacity; HENRY ABE, Yuba County Deputy Sheriff, in his individual capacity; EDGAR GUZMAN, Yuba County Deputy Sheriff, in his individual capacity; and DOES 1-10, inclusive,<br><br>Defendants.<br>_____/ | Case No. 2:18-cv-02057-MCE-CKD<br><br>**STIPULATION FOR EXTENDING DISCOVERY DEADLINE AND ALL CORRESPONDING DEADLINES IN PRETRIAL SCHEDULING ORDER; ORDER THEREON**<br><br><br><br><br><br>Complaint Filed: July 27, 2018 |

///

///

{02020236.DOCX}
STIPULATION and ORDER TO EXTEND DISCOVERY DEADLINE AND ALL
CORRESPONDING DEADLINES IN COURT'S PRE-TRIAL SCHEDULING ORDER

Plaintiffs RICHARD TIERNY and JONATHAN BROWN filed a civil lawsuit, Case No. 2:18-cv-02057-MCE-CKD, in the United States Eastern District Court of California, asserting a variety of allegations against Defendants DAVID HARESH, HENRY ABE, and EDGAR GUZMAN arising out of events that occurred while Defendants were effectuating Plaintiffs' arrests.

The Court issued a Pre-trial Scheduling Order providing that the discovery deadline is July 27, 2019.

Thereafter, Defendants have been attempting to conduct discovery, but those efforts have been frustrated as Plaintiffs failed to provide timely discovery responses, which ultimately required Defendants to file a Motion to Compel. Defendants have been unable to locate Plaintiffs' three eye-witnesses in order to take their depositions as the contact information provided for those individuals is incorrect. Defendants also do not have all of Plaintiffs' medical records to adequately prepare for either Plaintiffs' depositions or their respective health care providers' depositions given the health care providers were not disclosed to Defendants until Plaintiffs provided their untimely discovery responses.

Defendants attempted to provide the Court with a noticed Motion to Modify the Court's Scheduling Order, but the Court did not have a timely hearing date and advised through its clerk to have the Parties submit a Stipulation and Proposed Order.

NOW, THEREFORE, based on the agreements of the Parties, and in consideration of judicial economy and the Parties' resources, IT IS HEREBY STIPULATED by the Parties, through their attorneys of record:

1. The discovery deadline is extended by 180 days.
2. All corresponding deadlines in the Court's Pre-trial Scheduling Order are also extended by 180 days.

///
///
///
///
///

{02020236.DOCX}
STIPULATION and ORDER TO EXTEND DISCOVERY DEADLINE AND ALL CORRESPONDING DEADLINES IN COURT'S PRE-TRIAL SCHEDULING ORDER

Dated: June 3, 2019              CHE LEWELLYN HASHIM

                                 By: _____/s/_____
                                     CHE HASHIM
                                     Attorneys for Plaintiffs RICHARD TIERNY and
                                     JONATHAN BROWN

Dated: June 3, 2019              PORTER SCOTT

                                 By: _____/s/_____
                                     DEREK HAYNES
                                     Attorneys for Defendants DAVID HARESH, HENRY
                                     ABE, and EDGAR GUZMAN

## **ORDER**

Based on the written stipulation of the Parties and good cause appearing in support thereof, the discovery deadline and all corresponding deadlines in the Court's Pre-trial Scheduling Order shall be extended 180 days.

**IT IS SO ORDERED.**

**Dated:  June 5, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

{02020236.DOCX}
STIPULATION and ORDER TO EXTEND DISCOVERY DEADLINE AND ALL
CORRESPONDING DEADLINES IN COURT'S PRE-TRIAL SCHEDULING ORDER