UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TIERNY and JONATHAN BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID HARESH, Yuba County Deputy Sheriff, in his individual capacity; HENRY ABE, Yuba County Deputy Sheriff, in his individual capacity; EDGAR GUZMAN, Yuba County Deputy Sheriff, in his individual capacity; and DOES 1-10, inclusive.<br><br>Defendants. | No. 2:18-cv-02057-MCE-CKD<br><br>**ORDER** |

THIS MATTER having come before the Court on the Stipulation of Dismissal, submitted by all Plaintiffs and Defendants in Case 2:18-cv-02057-MCE-CKD, and upon consideration thereof and for good cause shown, IT IS HEREBY ORDERED that the Parties' Joint Stipulation of Dismissal is GRANTED. The Court orders that all

1

claims shall be dismissed, with prejudice, with each party to bear its own attorneys' fees, expenses, and costs. The matter having now been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

DATED: November 19, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE